In the Matter of the Estate of WILLIAM J. KELLEY, Deceased.

JOHN J. KELLEY, as Ancillary Administrator of the Estate of DELIA KELLEY, Appellant; CITY OF NEW YORK, Respondent.

Submitted February 25, 1941; decided March 13, 1941.

*William J. Scanlon* for appellant.

*William C. Chanler*, *Corporation Counsel* (*Stanley Buchsbaum* and *Herbert Lefkowitz* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.